**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02800-RBJ

CASSIE MARTIN,

    Plaintiff,

v.

ELI LILLY AND COMPANY,
an Indiana corporation,

    Defendant.

---

**ORDER ENTERING PARTIES' JOINT STIPULATION**
**TO WITHDRAW THOSE PORTIONS OF PLAINTIFF'S COMPLAINT**
**THAT ALLEGE PUNITIVE DAMAGES**

---

Upon review of the Parties' Joint Stipulation to Withdraw Those Portions of Plaintiff's Complaint that Allege Punitive Damages, and the file in this matter, it is:

ORDERED, that the Stipulation is entered, and it is

FURTHER ORDERED, that Plaintiff will file an Amended Complaint.

DONE and ORDERED this 4th day of February, 2015.

                      BY THE COURT:

                      _____
                      R. Brooke Jackson
                      District Court Judge